**Denied and Opinion Filed March 29, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01107-CV

## IN RE BAXTER PLANNING SYSTEMS OPCO, LLC AND BAXTER PLANNING SYSTEMS, LLC, Relators

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-05770-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Partida-Kipness

In this original proceeding, relators Baxter Planning Systems Opco, LLC and Baxter Planning Systems, LLC seek mandamus relief from the trial court's denial of their motion to dismiss based on a contractual forum-selection clause. Relators have also filed an emergency motion seeking a stay of the underlying proceedings pending resolution of this original proceeding.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude that relators have not demonstrated that the trial court abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny as moot relators' stay motion.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

231107F.P05